

**Dated: May 9, 2013, 11:53 AM**

**The following is ORDERED:**

T.M. Weaver
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | Heather Renee Markgraf, | 12-15720 WV |
| | Dustin John Markgraf, | Chapter 7 |
| | Debtors. | |

### ORDER VACATING SECOND DISCHARGE OF DEBTOR

The Court finds that due to clerical error a second Discharge of Debtor was erroneously entered in this case on May 8, 2013.

IT IS ORDERED that the second Discharge of Debtor entered on May 8, 2013, be vacated and the previous Discharge of Debtor entered on February 25, 2013, should remain in effect.

Dated:  May 8, 2013

APPROVED FOR ENTRY:
s/F Brassfield
Deputy Clerk